UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Patricia Garcia,

Case No.: 18-19400
Chapter: 7
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

On 7/2/18, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on July 31, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 378 Delavan St., New Brunswick, NJ - $295,000

Liens on property: $306,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Avenue - Red Bank, NJ, 07701
Telephone No.: 732 383 7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Patricia Garcia
    Debtor

Case No. 18-19400-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jul 05, 2018
                  Form ID: pdf905    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2018.
```
db              +Patricia Garcia,    378 Delavan St. 2nd FL,    New Brunswick, NJ 08901-2351
cr              +TTLBL, LLC,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,    Denville, NJ 07834-1239
517519930       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517519932      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517519931       Bayview Loan Servicing,    PO Box 650091,    Dallas, TX 75265-0091
517519933       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517519934      ++DENTAL HEALTH ASSOCIATES P A,    320 SOUTH MAIN STREET,    PHILLIPSBURG NJ 08865-2859
                 (address filed with court:  Dental Health Associates, P.A.,    977 Livingston Ave,
                 North Brunswick, NJ 08902)
517519939       +KML Law Group P.C.,    216 Haddon Ave. Suite 406,    Collingswood, NJ 08108-2812
517519940       Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
517519941       +Middlesex County Special Civil Part,    P.O. Box 1146,    New Brunswick, NJ 08903-1146
517519942       +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
517519943       +Pellegrino & Feldstein LLC,    290 Route 46 West,    Denville, NJ 07834-1239
517519945       +TTBL, LLC,    4747 Executive Drive Suite 510,    San Diego, CA 92121-3100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 05 2018 20:59:24      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 05 2018 20:59:24      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517519929      +E-mail/Text: bkrpt@retrievalmasters.com Jul 05 2018 20:59:23
                American Medical Collection Agency,    PO Box 1235,    Elmsford, NY 10523-0935
517519935      +E-mail/Text: fggbanko@fgny.com Jul 05 2018 20:59:21      Forster, Garbus & Garbus,
                7 Banta Place,    Hackensack, NJ 07601-5604
517519937       E-mail/Text: cio.bncmail@irs.gov Jul 05 2018 20:59:22      Internal Revenue Service,
                44 South Clinton Ave.,    Trenton, NJ 08601
517519944      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 05 2018 21:09:59
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517522043      +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2018 21:09:24      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517519938*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
517519936*    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
```
              Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 05, 2018
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov  Rudikh    on behalf of Debtor Patricia  Garcia yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                                                                                                         TOTAL: 6