Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                      Case No.: 18–19400–KCF  
                      Chapter: 7  
                      Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
  Patricia Garcia  
  aka Patricia Lopez–Herrera, aka Patricia  
  Bonano  
  378 Delavan St. 2nd FL  
  New Brunswick, NJ 08901

Social Security No.:  
  xxx–xx–9590

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 17, 2018</u>                <u>Kathryn C. Ferguson</u>  
                                            Judge, United States Bankruptcy Court